**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

    VS                                                      CASE NO. 4:06mj029-WCS

ROLANDO ALPHONSO BROWN

### REFERRAL AND ORDER

    The motion/pleading was filed by plaintiff on 03/09/2006 (document #12), and referred to Magistrate Judge William C. Sherrill on 03/10/2006.

    Summary of motion/pleading: MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

                                                              WILLIAM M. MCCOOL, CLERK OF COURT

                                                                s/ Angie Maxwell
                                                            DEPUTY CLERK

---

### ORDER OF COURT

    Upon consideration of the foregoing, it is ORDERED this 10th day of March, 2006, the requested relief is **GRANTED** and the complaint is **DISMISSED**.  The order of detention, doc. 6, is **VACATED**.

                                                                s/ William C. Sherrill
                                                            UNITED STATES MAGISTRATE JUDGE